NIGEL R. & LESLIE LEHANE STAMP, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Stamp v. Comm'r
Docket No. 12616-13
United States Tax Court
2014 U.S. Tax Ct. LEXIS 59; January 31, 2014, Entered
*59 WILLIAM J. WILKINS, Chief Counsel, Internal Revenue Service, PREDERIC J. MRNANDEZ, General Attorney, (Small Business/Self-Employed), Tax Court Bar No. FF0186, Milwaukee, WI.
Michael B. Thornton, Chief Judge.
Michael B. Thornton
DECISION
Pursuant to the agreement of the parties in this case, it is
ORDERED and DECIDED: That there is a deficiency in income tax due from the petitioners for the taxable year 2010 in the amount of $853.00.
/s/ Michael B. Thornton
Chief Judge
Entered: JAN 31 2014
It is hereby stipulated that the Court may enter the foregoing decision in.this case.
It is further stipulated that interest will be assessed as provided by law on the deficiency due from petitioners.
It is further stipulated that, effective upon the entry of this decision by the Court, petitioners waive the restrictions contained in I.R.C. §6213(a) prohibiting assessment and collection of the deficiency (plus statutory interest) until the decision of the Tax Court becomes final.